UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLLEEN PARRIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JACOBS ENGINEERING GROUP INC.,<br><br>　　　　　Defendant. | Case No.<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>*DIVERSITY OF CITIZENSHIP*<br><br>28 U.S.C. §§ 1332(a), 1441, 1446(c) |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF COLLEEN PARRIS,** *PRO SE***:**

PLEASE TAKE NOTICE that Defendant Jacobs Engineering Group Inc., ("Defendant") hereby effects the removal of the state action described herein, from the Superior Court of the State of Washington in and for the County of King, to the United States District Court of the Western District of Washington at Seattle.  This removal is based on 28 U.S.C. §§ 1332 and 1441, and is timely under 28 U.S.C. § 1446.

In support of its Notice of Removal of Civil Action, Defendant provides the following information:

**JURISDICTION**

1.　　This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332.

NOTICE OF REMOVAL TO FEDERAL COURT - 1

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

In relevant part, the diversity statute grants district courts original jurisdiction over civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states. As set forth below, this case meets all of the diversity statute's requirements for removal and is timely and properly removed by the filing of this Notice. *See* 28 U.S.C. §§ 1332, 1441, and 1446.

2. Jacobs Engineering Group Inc. is the only named defendant, is represented by the undersigned counsel in this matter, and consents to removal.

3. As of the date of this Notice of Removal, Defendant has been served a copy of Plaintiff Colleen Parris's (hereinafter "Plaintiff") Summons, Complaint, Case Information Cover Sheet, and Order Setting Civil Case Schedule.

**PLEADINGS, PROCESS, AND VENUE**

4. On January 10, 2019, Plaintiff initiated a civil action in King County Superior Court by filing a copy of the Summons and Complaint. The same day, Plaintiff served Defendant with the Summons and Complaint entitled *Colleen Parris v. Jacobs Engineering Group Inc.* This Notice of Removal is timely as it is made within 30 days of receipt of a copy of a pleading, motion, order, or other paper from which it may first be ascertained that the case is one which is or has become removable. 28 U.S.C. § 1446.

5. Pursuant to 28 U.S.C. §1446(a), true and complete copies of all process and pleadings in this action filed to date in the state court proceeding are attached hereto as follows: Complaint, attached hereto as Exhibit "1"; Summons, attached hereto as Exhibit "2"; Case Information Cover Sheet, attached hereto as Exhibit "3"; and Order Setting Civil Case Schedule, attached hereto as Exhibit "4".

6. Plaintiff alleges disability discrimination, hostile work environment discrimination, failure to reasonably accommodate, gender discrimination, and retaliation under the Washington Law Against Discrimination, RCW 49.60, *et seq.*

7. Venue is proper in the Western District of Washington at Seattle. Venue is proper

NOTICE OF REMOVAL TO FEDERAL COURT - 2

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

in this District because this is the District Court of the United States for the District encompassing the place where this action is pending. 28 U.S.C. § 1441. Venue is proper in Seattle because the cause of action arose in King County.

8. Written notice of the filing of this Notice of Removal has been given to all parties who have appeared in this action. Defendant is filing a copy of this Notice of Removal with the Superior Court of Washington in and for King County and providing notice to all adverse parties, pursuant to 28 U.S.C. § 1446(d).

## DIVERSITY OF CITIZENSHIP

9. At the time that Plaintiff commenced this action and at the time of removal, Plaintiff was a citizen of the state of Washington. Complaint, ¶ 1.1.

10. Defendant is a corporation organized and existing under the laws of the state of Delaware. Its principal place of business is in Dallas, Texas. Accordingly, for purposes of diversity of citizenship, Defendant is a citizen of Delaware and Texas (and not a citizen of Washington). *See Hertz Corp. v. Friend*, 559 U.S. 77, 130 S.Ct. 1181, 1185 (2010) (a corporation is a citizen of the state where it has been incorporated and the state where it has its principal place of business).

11. Therefore, Plaintiff and Defendant are citizens of different states and the complete diversity requirement of 28 U.S.C. § 1332(a) is satisfied.

## AMOUNT IN CONTROVERSY

12. The amount in controversy requirement of 28 U.S.C. §1332(a) is also satisfied.

13. For the reasons set forth below, Defendant avers that the amount in controversy exceeds $75,000, exclusive of interest and costs.

14. Plaintiff is seeking damages of "$300,000 per violation." Compl., Prayer for Relief, Section IV, ¶1.

15. In addition, Plaintiff seeks future lost wages (Compl., Prayer for Relief, Section IV, ¶3) at a rate of $120,000 per year.

NOTICE OF REMOVAL TO FEDERAL COURT - 3

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

16. Therefore, the amount in controversy far exceeds $75,000.

17. Written notice of the filing of this Notice of Removal has been given to all parties who have appeared in this action, and a copy of the Notice of Removal has been filed with the Clerk of Court for the Superior Court of the State of Washington, in and for the County of King.

WHEREFORE, Defendant respectfully requests that this action now pending in the King County Superior Court, State of Washington, be removed to the United States District Court for the Western District of Washington at Seattle.

January 29, 2019

*s/ M. Kathryne Bosbyshell*
M. Kathryne Bosbyshell, WSBA #47469
kbosbyshell@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Phone:       206.623.3300
Fax:           206.447.6965

Attorneys for Defendant
JACOBS ENGINEERING GROUP INC.

NOTICE OF REMOVAL TO FEDERAL COURT - 4

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101. On January 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**[Not applicable]**

And I hereby certify that I mailed by United States Postal Service the document to the following non CM/ECF participants:

**Pro Se Plaintiff**

**Colleen Parris**
**1121 Shelton Ave. S.E.**
**Renton, WA  98058**

I declare under penalty of perjury under the laws of the United States and of the State of Washington that the above is true and correct.

Executed on January 29, 2019, at Seattle, Washington.

*s/ Tiffany D. Holiday*
Tiffany D. Holiday
tholiday@littler.com

FIRMWIDE:161982491.3 089773.1012

NOTICE OF REMOVAL TO FEDERAL COURT - 5