THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLLEEN PARRIS, | CASE NO. C19-0128-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JACOBS ENGINEERING GROUP INC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for leave to conduct limited discovery outside the discovery period (Dkt. No. 52). Having thoroughly considered the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion and ORDERS:

1. The parties may conduct the following, and only the following, limited discovery past the current discovery cutoff:

    a. The deposition of Jay Hueter on October 20, 2020;

    b. The deposition of Connie Krier on October 27, 2020;

    c. The deposition of Jonathon Addision on October 30, 2020;

    d. The deposition of Karen Takagi on November 3, 2020;

   e. The deposition of Francoise Stotler on November 5, 2020;

   f. The deposition of Jim Pace on November 6, 2020;

   g. The deposition of Leon Maday on November 9, 2020;

   h. The deposition of Kevin Rowland on November 10, 2020; and

   i. The deposition of Christopher Simms on November 10, 2020.

 2. The trial date and all other deadlines remain in place.

DATED this 21st day of October 2020.

            <u>William M. McCool</u>
            Clerk of Court

            <u>s/Tomas Hernandez</u>
            Deputy Clerk