THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLLEEN PARRIS, | CASE NO. C19-0128-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JACOBS ENGINEERING GROUP INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend deadlines (Dkt. No. 55). Having thoroughly considered the motion and relevant record, and finding good cause, the Court hereby GRANTS the motion and ORDERS:

1. The parties' deadline to file motions to exclude expert testimony is extended to December 23, 2020.
2. The parties may conduct the following, and only the following, limited discovery past the current discovery cutoff: the 30(b)(6) deposition of Jay Hueter on December 11, 2020.
3. Plaintiff's opposition to Defendant's motion for summary judgment must be filed by December 28, 2020. Defendant's reply brief must be filed by January 4, 2021.

MINUTE ORDER
C19-0128-JCC
PAGE - 1

4.   The trial date and all other deadlines remain in place.

DATED this 23rd day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
