THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| COLLEEN PARRIS,<br><br>   Plaintiff,<br><br> v.<br><br>JACOBS ENGINEERING GROUP INC,<br><br>   Defendant. | CASE NO. C19-0128-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend briefing deadlines (Dkt. No. 64). Having thoroughly considered the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion and ORDERS:

1. The deadline for Plaintiff to file her opposition to Defendant's motion for summary judgment (Dkt. No. 59) is extended to December 30, 2020.
2. The deadline for Defendant to file a reply brief is extended to January 8, 2021.
3. The trial date and all other deadlines remain in place.

//

//

//

MINUTE ORDER
C19-0128-JCC
PAGE - 1

DATED this 14th day of December 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk